Harry Korshak, defendant in error, v. Louis Asher, plaintiff in error. Gen. No. 33,523.

Opinion filed January 6, 1930. Rehearing denied January 20, 1930.

Arnold M. Ehrlich, for plaintiff in error; Elwyn E. Long, of counsel. Irving G. Zazove, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

Foreman Trust & Savings Bank, appellee, v. Frank Demeter, appellant. Gen. No. 33,550.

Opinion filed January 6, 1930. Rehearing denied January 20, 1930.

Charles Waldman, for appellant; Clyde C. Fisher, of counsel. Harry Z. and Bernard Perel, for appellee; Abraham H. Maller, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Nathan Solomon, appellant, v. M. Garber, trading as M. Garber Company, appellee. Gen. No. 33,559.

Opinion filed January 6, 1930. Rehearing denied January 20, 1930.

Joseph Rosenberg, for appellant; Philip R. Toomin, of counsel. Osborne, Kline & McGurren, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

William R. Campbell, complainant, v. Carl A. Starck, defendant. The People of the State of Illinois, appellee, v. In re Contempt of Carl A. Starck, appellant. Gen. No. 33,604.

Opinion filed January 6, 1930.

John J. Kelly and Frank M. Kelly, for appellant; Edwin J. Buckley, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.